Certificate Number: 05781-PAE-DE-036622654

Bankruptcy Case Number: 22-11158



05781-PAE-DE-036622654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2022, at 4:42 o'clock PM PDT, Tonya Banks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 16, 2022          By:    /s/Allison M Geving

                               Name:  Allison M Geving

                               Title: President