

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Tonya E. Banks
808 W. Wellens St.
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Aramark Tower - 3rd Fl |
| Payperiod Ending | 2022/03/13 |
| Date Payable | 2022/03/18 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 68.90 | 1,688.05 |
| Certified Sick | 7.50 | 183.74 |
| Longevity Pay | 0.00 | 53.45 |
| Overtime 1_5 | 6.00 | 220.49 |
| **Gross Current Earnings** | | **2,145.73** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 169.19 | 1,083.87 |
| Social Security | 129.94 | 822.33 |
| Medicare | 30.39 | 192.32 |
| PA State Tax | 64.34 | 407.18 |
| Philadelphia | 82.39 | 520.80 |
| PA Unemployment | 1.26 | 7.96 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 300.00 |
| Def Comp Flat | 35.00 | 210.00 |
| Pen_Plan Y3 | 86.90 | 535.34 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,145.73 | 13,563.32 |
| Net Earnings | 1,328.86 | 8,433.76 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 35.00 | 210.00 |
| Union Dues | 28.00 | 168.00 |
| Deferred Comp Loan | 104.46 | 626.76 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 22.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.05 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 10.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 3.75 |
| Special Comp | 0.00 |
| Vacation | 71.81 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 535.34 | 19,416.51 |
| Plan Y3 Tax | 0.00 | 730.84 |



**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Tonya E. Banks
808 W. Wellens St.
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Aramark Tower - 3rd Fl |
| Payperiod Ending | 2022/03/27 |
| Date Payable | 2022/04/01 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 70.20 | 1,719.90 |
| Holiday Comp Taken | 3.50 | 85.75 |
| Vacation | 2.50 | 61.25 |
| Longevity Pay | 0.00 | 47.69 |
| Legal Aid | 0.00 | 15.00 |
| **Gross Current Earnings** | | **1,929.59** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 144.37 | 1,228.24 |
| Social Security | 116.53 | 938.86 |
| Medicare | 27.25 | 219.57 |
| PA State Tax | 57.70 | 464.88 |
| Philadelphia | 74.09 | 594.89 |
| PA Unemployment | 1.13 | 9.09 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 350.00 |
| Def Comp Flat | 35.00 | 245.00 |
| Pen_Plan Y3 | 77.54 | 612.88 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,929.59 | 15,492.91 |
| Net Earnings | 1,163.52 | 9,597.28 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 35.00 | 245.00 |
| Union Dues | 28.00 | 196.00 |
| Deferred Comp Loan | 104.46 | 731.22 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 22.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.05 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 6.50 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 13.13 |
| Special Comp | 0.00 |
| Vacation | 84.94 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 612.88 | 19,494.05 |
| Plan Y3 Tax | 0.00 | 730.84 |



**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Tonya E. Banks
808 W. Wellens St.
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Aramark Tower - 3rd Fl |
| Payperiod Ending | 2022/04/10 |
| Date Payable | 2022/04/14 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 58.90 | 1,443.04 |
| Uncertified Sick | 5.00 | 122.50 |
| Vacation | 12.00 | 293.99 |
| Longevity Pay | 0.00 | 54.07 |
| Overtime 1_5 | 7.00 | 257.24 |
| **Gross Current Earnings** | | **2,170.84** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 172.08 | 1,444.32 |
| Social Security | 131.49 | 1,082.75 |
| Medicare | 30.75 | 253.22 |
| PA State Tax | 65.11 | 536.13 |
| PA Unemployment | 1.27 | 10.48 |
| Philadelphia | 83.36 | 685.93 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 400.00 |
| Def Comp Flat | 35.00 | 280.00 |
| Pen_Plan Y3 | 87.92 | 700.80 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,170.84 | 17,863.75 |
| Net Earnings | 1,346.40 | 11,070.44 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 35.00 | 280.00 |
| Union Dues | 28.00 | 224.00 |
| Deferred Comp Loan | 104.46 | 835.68 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| Admin Leave (Expires 30-Jun-2022) | 22.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.05 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 6.50 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 8.13 |
| Special Comp | 0.00 |
| Vacation | 72.94 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 700.80 | 19,581.97 |
| Plan Y3 Tax | 0.00 | 730.84 |