# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-11158-MDC

TONYA E. BANKS

808 W. WELLENS STREET

PHILADELPHIA, PA 19141

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONYA E. BANKS

    808 W. WELLENS STREET

    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON, ESQ
    District Council 33
    3001 Walnut Street 10th Floor
    Philadelphia, PA 19104-

Date: 7/21/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee