# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

TONYA E. BANKS  Bankruptcy No. 22-11158-MDC

808 W. WELLENS STREET

PHILADELPHIA, PA 19141

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TONYA E. BANKS

808 W. WELLENS STREET

PHILADELPHIA, PA 19141

**Counsel for debtor(s), by electronic notice only.**
HENRY ALAN JEFFERSON, ESQ
District Council 33
3001 Walnut Street 10th Floor
Philadelphia, PA 19104-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 8/3/2022                                                                                  /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee