**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
TONYA E. BANKS

          Debtor        **Bankruptcy No.** 22-11158-MDC

# O R D E R

**AND NOW**, this \_\_\_\_25th\_\_\_\_\_ day of _____August\_\_\_\_ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
HENRY ALAN JEFFERSON, ESQ
District Council 33
3001 Walnut Street 10th Floor
Philadelphia, PA 19104-

Debtor:
TONYA E. BANKS

808 W. WELLENS STREET

PHILADELPHIA, PA 19141